IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE SUE GRADDY                                                    PLAINTIFF

v.                                    No. 4:12-cv-299-DPM

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.*                                       DEFENDANTS

ORDER

For the reasons stated in today's memorandum opinion, Graddy's motion to proceed *in forma pauperis action*, *Document No. 1*, is granted and her complaint is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). Her duplicative motion to proceed IFP, *Document No. 6*, is denied as moot. Her motions for service and for discovery, *Document Nos. 2 & 5*, are denied as moot. To the extent Graddy requests other relief, all relief is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2012