IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE SUE GRADDY                                                  PLAINTIFF

v.                                     No. 4:12-cv-299-DPM

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.*                                       DEFENDANTS

JUDGMENT

Graddy's claims for copyright infringement are dismissed without prejudice for lack of standing. Her RICO claim is dismissed without prejudice. Her constitutional claims and all claims for monetary relief against Heath Abshure and Theodore Holder are dismissed with prejudice. The Court abstains from considering nonmonetary relief that would affect the pending state-court lawsuit. Graddy's unjust enrichment and state-law claims are dismissed without prejudice. The Court rejects all Graddy's claims for relief of any kind as a matter of law. Her complaint is dismissed. An *in forma pauperis* appeal from this Judgment, the memorandum opinion, or the implementing Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

D.P. Marshall Jr.
United States District Judge

7 September 2012