# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KATHERINE SUE GRADDY**                       **PLAINTIFF**

v.                      **No. 4:12-cv-299-DPM**

**UNITED STATES DEPARTMENT**
**OF HOMELAND SECURITY,** *et al.*                   **DEFENDANTS**

## ORDER

Graddy has filed various post-judgment motions. *Document No. 17.* Most are based on the Court's decision not to enjoin the Arkansas Securities Department's state-court fraud action against Lendell Earl Hillhouse, Sr. and Nick Lynn Technologies, Inc. As the Court explained in its 7 September 2012 memorandum opinion and order, Graddy has no standing to pursue those claims. They would fail in any event. The federal statute Graddy relies upon for preemption provides that "the securities commission (or any agency or office performing like functions) of any State shall retain jurisdiction under the laws of such State to investigate and bring enforcement actions . . . with respect to fraud or deceit[.]" 15 U.S.C. § 77r(c)(1)(A)(i). None of Graddy's other requests has merit. Post-judgment motions, *Document No. 17*, denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2012